[Civil No. 2674. Filed March 5, 1928.]

[264 Pac. 472.]

THE MERCHANTS AND STOCK GROWERS BANK, a Corporation, Appellant, v. J. W. MARLEY, CORA A. MARLEY and N. H. MARLEY, Appellees.

Mr. Sidney Sapp and Mr. Gilbert E. Greer, for Appellant.

Mr. W. E. Ferguson, for Appellees.

PER CURIAM.—This is an action to foreclose a real estate mortgage on certain property in Navajo county. The legal propositions involved are to a great extent the same as those in the case of *Merchants and Stock Growers Bank* v. *Cora A. Marley, ante,* p. 294, 264 Pac. 471, Cause No. 2590, and it is necessary that this case be reversed for the same error as that in the case just referred to. The judgment of the superior court of Navajo county is reversed, and the cause remanded for new trial.